# EXHIBIT 2

---

**From:** Benedict Sirimanne <ben@csdsjets.com>
**Sent:** 19 May 2026 17:40
**To:** Holder, James <james.holder@whitecase.com>; Moody, Mark <mark.moody@whitecase.com>; samih.ourabi@gaca.gov.sy; Rajitha Ariyarathna <Rajitha@csdsjets.com>; 'Lara Shapiro' <shapiro.lara@gmail.com>; 'Maria Gonzalez' <maria.gonzalez@mcafeetaft.com>; dgca@gaca.gov.sy
**Cc:** 'Kimbert Alcantara' <k.alcantara@uccholding.com>; 'Mehmet Arif Ozozan' <m.ozozan@uccholding.com>; 'Sitki Serifeken' <s.serifeken@uccholding.com>; 'Mertcan Zeytinoglu' <m.zeytinoglu@uccholding.com>; 'Anıl Ecevit' <a.ecevit@uccholding.com>; 'Joseph Kefaya' <j.kefaya@uccholding.com>; 'Ramzi Arafat' <r.arafat@uccholding.com>; 'Ersel Goral' <e.goral@urbacon-intl.com>; 'Miraç Pekmezci' <m.pekmezci@urbacon-intl.com>; 'Alparslan Ersoy' <a.ersoy@uccholding.com>; 'Angeliki Saringala' <a.saringala@uccholding.com>; 'Natalia Puerta Rangel' <n.puerta@uccholding.com>; WC Syria Airport <WCSyriaAirports@whitecase.com>; 'AirportPIHSyria' <AirportPIHSyria@synergyconsultingifa.com>
**Subject:** [EXT] Re: LOI - CSDS/UCC

Hi! James,

Yes, we can agree to extend the LOI outside date to 15th June, 2026.

Best Regards,

**Benedict Sirimanne**
President
*CSDS Aircraft*
609 Deep Valley Drive, Suite 200,
Rolling Hills Estates, Ca 90274. USA
Tel: (520)614-6691
Fax: (310)734 1691
Mobile: (310)980 4158
www.csdsaircraft.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited

---

**From:** Holder, James <james.holder@whitecase.com>
**Sent:** Tuesday, May 19, 2026 6:55 AM
**To:** Benedict Sirimanne <ben@csdsjets.com>; Moody, Mark <mark.moody@whitecase.com>; samih.ourabi@gaca.gov.sy <samih.ourabi@gaca.gov.sy>; Rajitha Ariyarathna <Rajitha@csdsjets.com>; 'Lara Shapiro' <shapiro.lara@gmail.com>; 'Maria Gonzalez' <maria.gonzalez@mcafeetaft.com>; dgca@gaca.gov.sy <dgca@gaca.gov.sy>
**Cc:** 'Kimbert Alcantara' <k.alcantara@uccholding.com>; 'Mehmet Arif Ozozan' <m.ozozan@uccholding.com>; 'Sitki Serifeken' <s.serifeken@uccholding.com>; 'Mertcan Zeytinoglu' <m.zeytinoglu@uccholding.com>; 'Anıl Ecevit' <a.ecevit@uccholding.com>; 'Joseph Kefaya' <j.kefaya@uccholding.com>; 'Ramzi Arafat' <r.arafat@uccholding.com>; 'Ersel Goral' <e.goral@urbacon-intl.com>; 'Miraç Pekmezci' <m.pekmezci@urbacon-intl.com>; 'Alparslan Ersoy' <a.ersoy@uccholding.com>; 'Angeliki Saringala' <a.saringala@uccholding.com>; 'Natalia Puerta Rangel' <n.puerta@uccholding.com>; WC Syria Airport <WCSyriaAirports@whitecase.com>; 'AirportPIHSyria' <AirportPIHSyria@synergyconsultingifa.com>
**Subject:** RE: LOI - CSDS/UCC

Dear Benedict,

Thanks for your email.

Please see below the relevant clause from the LOI with respect to the Long Stop Date. We just need written confirmation that reference to 15 May 2026 can be changed to 30 June 2026. Please can you confirm this by return email.

We understand that Syrian Airlines will discuss the other timing aspects with you separately.

Thanks,
J

**James Holder** | Associate
**T** +44 20 7532 1671 **M** +44 7912 405599 **E** james.holder@whitecase.com
White & Case LLP | 5 Old Broad Street | London EC2N 1DW

**From:** Benedict Sirimanne <ben@csdsjets.com>
**Sent:** 18 May 2026 15:11
**To:** Moody, Mark <mark.moody@whitecase.com>; samih.ourabi@gaca.gov.sy; Rajitha Ariyarathna <Rajitha@csdsjets.com>; 'Lara Shapiro' <shapiro.lara@gmail.com>; 'Maria Gonzalez' <maria.gonzalez@mcafeetaft.com>; dgca@gaca.gov.sy
**Cc:** 'Kimbert Alcantara' <k.alcantara@uccholding.com>; 'Mehmet Arif Ozozan' <m.ozozan@uccholding.com>; 'Sitki Serifeken' <s.serifeken@uccholding.com>; 'Mertcan Zeytinoglu' <m.zeytinoglu@uccholding.com>; 'Anıl Ecevit' <a.ecevit@uccholding.com>; 'Joseph Kefaya' <j.kefaya@uccholding.com>; 'Ramzi Arafat' <r.arafat@uccholding.com>; 'Ersel Goral' <e.goral@urbacon-intl.com>; 'Miraç Pekmezci' <m.pekmezci@urbacon-intl.com>; 'Alparslan Ersoy' <a.ersoy@uccholding.com>; 'Angeliki Saringala' <a.saringala@uccholding.com>; 'Natalia Puerta Rangel' <n.puerta@uccholding.com>; WC Syria Airport <WCSyriaAirports@whitecase.com>; 'AirportPIHSyria' <AirportPIHSyria@synergyconsultingifa.com>
**Subject:** [EXT] Re: LOI - CSDS/UCC

We need to finalize and execute the purchase agreement by the 1st of June as the aircraft deliveries are set to begin on the 5th of June.
Let me know if UCC has any issues with the above Schedule.

Get Outlook for Android

---

**From:** Moody, Mark <mark.moody@whitecase.com>
**Sent:** Friday, May 15, 2026 1:34:50 AM
**To:** Benedict Sirimanne <ben@csdsjets.com>; samih.ourabi@gaca.gov.sy <samih.ourabi@gaca.gov.sy>; Rajitha Ariyarathna <Rajitha@csdsjets.com>; 'Lara Shapiro' <shapiro.lara@gmail.com>; 'Maria Gonzalez' <maria.gonzalez@mcafeetaft.com>; dgca@gaca.gov.sy <dgca@gaca.gov.sy>
**Cc:** 'Kimbert Alcantara' <k.alcantara@uccholding.com>; 'Mehmet Arif Ozozan' <m.ozozan@uccholding.com>; 'Sitki Serifeken' <s.serifeken@uccholding.com>; 'Mertcan Zeytinoglu' <m.zeytinoglu@uccholding.com>; 'Anıl Ecevit' <a.ecevit@uccholding.com>; 'Joseph Kefaya' <j.kefaya@uccholding.com>; 'Ramzi Arafat' <r.arafat@uccholding.com>; 'Ersel Goral' <e.goral@urbacon-intl.com>; 'Miraç Pekmezci' <m.pekmezci@urbacon-intl.com>; 'Alparslan Ersoy' <a.ersoy@uccholding.com>; 'Angeliki Saringala' <a.saringala@uccholding.com>; 'Natalia Puerta Rangel' <n.puerta@uccholding.com>; WC Syria Airport <WCSyriaAirports@whitecase.com>; 'AirportPIHSyria' <AirportPIHSyria@synergyconsultingifa.com>
**Subject:** LOI - CSDS/UCC

Dear Ben,

I refer to the attached LOI dated 13 April 2026.

Please can you confirm by return email that the "Long Stop Date" under the LOI is now agreed as being **30 June 2026** instead of 15 May 2026.

Best regards, Mark

**Mark Moody** | Partner
**T** +44 20 7532 1338 **M** +44 7738 470153 **E** mark.moody@whitecase.com
White & Case LLP | 5 Old Broad Street | London EC2N 1DW

==============================================================================
This e-mail, including any attachments, is confidential and may be privileged or otherwise protected from disclosure. If you are not the intended recipient, please inform the sender, delete this message and any attachments from your system and do not copy or otherwise disclose its contents to any other person. We believe, but do not warrant, that this e-mail, including any attachments, is virus free. You should take full responsibility for virus checking. White & Case reserves the right to monitor all email communications (whether related to the business of White & Case or not) through its internal or external networks. White & Case LLP, White & Case (Europe) LLP and White & Case (International) LLP are limited liability partnerships registered in England and Wales under, respectively, numbers OC324340, OC300102 and OC333623 with a registered office at 5 Old Broad Street, London EC2N 1DW. The term "partner" is used to refer to a member of one or more of these partnerships, a list of whom is available at the registered office. White & Case LLP, White & Case (Europe) LLP and White & Case (International) LLP are authorized and regulated by the Solicitors Regulation Authority under, respectively, numbers 449150, 437117 and 472817. For further information about White & Case please see our website at whitecase.com or refer to any White & Case office.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

==============================================================================

==============================================================================
This e-mail, including any attachments, is confidential and may be privileged or otherwise protected from disclosure. If you are not the intended recipient, please inform the sender, delete this message and any attachments from your system and do not copy or otherwise disclose its contents to any other person. We believe, but do not warrant, that this e-mail, including any attachments, is virus free. You should take full responsibility for virus checking. White & Case reserves the right to monitor all email communications (whether related to the business of White & Case or not) through its internal or external networks. White & Case LLP, White & Case (Europe) LLP and White & Case (International) LLP are limited liability partnerships registered in England and Wales under, respectively, numbers OC324340, OC300102 and OC333623 with a registered office at 5 Old Broad Street, London EC2N 1DW. The term "partner" is used to refer to a member of one or more of these partnerships, a list of whom is available at the registered office. White & Case LLP, White & Case (Europe) LLP and White & Case (International) LLP are authorized and regulated by the Solicitors Regulation Authority under, respectively, numbers 449150, 437117 and 472817. For further information about White & Case please see our website at whitecase.com or refer to any White & Case office.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

==============================================================================